```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

Arnold A. Noel

    v.                                                  Case No. 23-cv-28-SM

United Better Homes, LLC, et al

ORDER

No objection having been filed, I herewith approve the Report and Recommendation of Magistrate Judge Talesha L. Saint-Marc dated August 15, 2025, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

**So Ordered.**

                                                                            _/s/ Steven J. McAuliffe_
                                                                            Steven J. McAuliffe
                                                                            United States District Judge

Date: October 2, 2025

cc:   Arnold A. Noel, pro se
       Counsel of Record