```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF RHODE ISLAND
```

Arnold A. Noel

    v.                                                                 Case No. 23-cv-28-SMs

United Better Homes, LLC

### ORDER

No objection having been filed, I herewith approve the Report and Recommendations of Magistrate Judge Talesha L. Saint-Marc dated January 21, 2026 and January 22, 2026, for the reasons set forth therein. "'[O]nly those issues fairly raised by the objections to the magistrate's report are subject to review in the district court and those not preserved by such objection are precluded on appeal.'" School Union No. 37 v. United Nat'l Ins. Co., 617 F.3d 554, 564 (1st Cir. 2010) (quoting Keating v. Secretary of Health & Human Servs., 848 F.2d 271, 275 (1st Cir.1988)); see also United States v. Valencia-Copete, 792 F.2d 4, 6 (1st Cir. 1986) (after proper notice, failure to file a specific objection to magistrate's report will waive the right to appeal).

The clerk of court shall enter judgment and close the case.

**So Ordered.**

                                                                  _____
                                                                  Steven J. McAuliffe
                                                                  United States District Judge

Date: March 3, 2026

cc:   Arnold A. Noel, pro se
       Counsel of Record